# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:22cr13/TKW

KENDALL IVAN BROWN

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **KENDALL IVAN BROWN,** to Count One, Count Two, Count Three, and Count Four of the Indictment is hereby **ACCEPTED**.   All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 11th day of May, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**